UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cr-00024-1

———

**United States of America**

v.

**Amahad Rashad Williams**

———

# ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 28. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id.* at 2. No objections were filed to the magistrate judge's findings.

The court hereby accepts the findings of fact and recommendation of the magistrate judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until a review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Amahad Rashad Williams guilty of count one of the indictment, charging a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

*So ordered by the court on August 24, 2023.*

J. CAMPBELL BARKER
United States District Judge